USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Derick Murphy,

Defendant.

21-cr-280-7 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received that attached letter via mail from Defendant Murphy.  Defense counsel is ORDERED to file a letter on or before November 5, 2021, confirming that he has provided the Defendant the information and document that Defendant seeks.  Because Defendant is represented by counsel, the Court will not take any action on the letter.

SO ORDERED.

Dated: October 25, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

21 CR 280

RECEIVED OCT 14 2021 ALISON J NATHAN JUDGE

Judge NATHAN,

I hope upon Recieving this letter you are in good spirits and good health. I am writing you today because I can't get a exact answer of the guidelines Range I'm facing in this case. I'm currently on a Rico charge But I'm only being charged with a 1962(D) that's A Rico Conspiracy. Under Criminal procedure 32(E)(1) Provides that under appropriate circumstances, and with written consent of the defendant, the court may order the United States probation office to conduct a presentence investigation and prepare a PSR for a defendant prior to the entry of a guilty plea.

I'm Requesting through written Consent where is my guideline Range so I can know the time I'm Facing or whether I want a Speedy trial thank you.

Derek Murphy
76240-054

RECEIVED SDNY PRO SE OFFICE 2021 OCT -4 PM 2:33

Derek Murphy 217-003-595
Essex County Correctional facility
354 Doremus Ave Newark NJ 07105

RECEIVED
SDNY PRO SE OFFICE
2021 OCT -4  PM 2:22

Pro Se

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse 500 Pearl St
NY, NY 10007

7019 2280 0000 1512

MAILED FROM ZIP CODE 07105
SEP 27 2021