UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Derick Murphy,

                Defendant.

21-CR-280 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received a letter in the mail from the Defendant Derick Murphy. The Court has filed the letter under seal and provided a copy to Mr. Murphy's counsel. Defense counsel is ORDERED to file a letter on or before December 3, 2021, confirming that he has conferred with the Defendant and whether any application is being made on the Defendant's behalf. Because the Defendant is represented by counsel, the Court will not take any further action based on the letter.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge