UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :     **SCHEDULING ORDER**
      -against-                       :
                                        :     21 Cr. 280 (AKH)
                                        :
                                        :
DERICK MUPRHY,                          :
                                        :
                        Defendant. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Sentencing in the above-captioned case is hereby adjourned to March 6, 2023 at 11:00 a.m. in Courtroom 14D.

       SO ORDERED.

Dated:    January 26, 2023          _/s/_Alvin K. Hellerstein___
             New York, New York       ALVIN K. HELLERSTEIN
                                                    United States District Judge