| | |
|---|---|
| **Donald D. duBoulay**<br>  Attorney at Law | **305 Broadway, Suite 602**<br>New York, NY 10007 |

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

February 24, 2023

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Derek Murphy`
         21 Cr. 280 (AKH)

Sentencing is adjourned to April 18, 2023 at 11:00 a.m.

SO ORDERED.

/s/ Alvin Hellerstein
February 28, 2023

Dear Judge Hellerstein:

    I represent Derek Murphy in the above referenced matter. I write with the consent of the Government to respectfully request an adjournment of the sentencing hearing in this case currently scheduled for March 6, 2023. Thus is the second request on behalf of the defendant in this matter.

    The requested adjournment is necessary in order for the defense to obtain certain materials which may obviate litigation regarding sentencing issues as well as to obtain letters in support of Mr. Murphy.

    The Government does not object to this request. It is respectfully requested, that the sentencing hearing be postponed to a date in late March, 2023 or to a date convenient to the Court.

                                          Respectfully submitted,
                                                     /s/
                                                   Donald D. duBoulay

cc: Alexandra Rothman, AUSA (via ECF)
    James Ligtenberg, AUSA (via ECF)