UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                :
                                        :
                                        :     **SCHEDULING ORDER**
         -against-                      :
                                        :     21 Cr. 280 (AKH)
                                        :
                                        :
DERICK MURPHY,                          :
                                        :
                         Defendant.     :
                                        :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned matter is adjourned to April 24, 2023 at 10:00 a.m.

      SO ORDERED.

Dated:    April 10, 2023          _____/s/_Alvin K. Hellerstein_____
           New York, New York        ALVIN K. HELLERSTEIN
                                             United States District Judge