UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
United States of America,                              :
                                                       :
                                                       :       **ORDER ACCEPTING THE**
-against-                                              :       **PLEA ALLOCUTION BEFORE**
                                                       :       **A U.S. MAGISTRATE JUDGE**
Derick Murphy,                                         :
                                                       :       21 Cr. 280 (AKH)
                        Defendant.                     :
-----------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Robert W. Lehrburger on October 27, 2022;

      WHEREAS a transcript of the allocution was made; and

      WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

      IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

      SO ORDERED

Dated:    New York, New York
            April 24, 2023

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge