UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
UNITED STATES OF AMERICA :
: **ORDER CLARIFYING**
: **JUDGMENT**
-against- :
: 21 Cr. 280 (AKH)
:
:
DEREK MURPHY, :
:
                    Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 24, 2023, I sentenced Defendant Derek Murphy to a term of 100 months "of which 87 will be concurrent with the sentence of Judge Rakoff, running from the very moment [he was] detained on . . . the crime before Judge Rakoff, and 13 months consecutive." (ECF No. 211, 55:1–6.) Counsel for Defendant has advised the Court that the Bureau of Prisons has interpreted the Judgment in this case to impose a sentence of 100 months to run concurrent with Defendant's prior sentence from April 24, 2023, rather than the date of Defendant's detainment for the prior sentence. (ECF No. 223.)

        This Order clarifies that the sentence I imposed added 13 months consecutive to the sentence Defendant was already serving. The Bureau of Prisons shall adjust its sentencing computation accordingly.

        SO ORDERED.

Dated:    August 2, 2022
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge